**FILED**
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff
v.

CARDINAL Bernard LAW d/b/a Archdiocese of Boston,
Defendant

**CV 08 00386 MJJ (PR)**

E-filing

Civil No:

Complaint

"TRO Temporary Restraining order"

Comes now the Plaintiff, Jonathan Lee Riches©, under 42 USC 1983. Plaintiff seeks 100 million dollars. Bernard Law is trying to have me be a FCI Williamsburg Alter Boy. This is the only way I get out of Solitary. MR. Law broke my Jaw because I broke the Law. When I did Identity theft, I hacked into Defendants Equifax credit report. He had a Capital 1 card, Law made over 100 charges on his credit card to porn sites on the www. I contacted the pope in Italy in 1997. My postcard was not returned. Now Defendant works part time as a correctional guard at FCI Williamsburg. I'm being sprayed with boiling hot Holy water and he took my Catholic cross from my neck and replaced it with a Ying Yang symbol. I move since I'm in serious danger for a Restraining order. Defendant took my stamps and paper, thats why I'm writing this in all. Please forgive me.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully,
Jonathan Lee Riches ©